IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-00200-PAB-CBS

(Consolidated with Civil Action Nos. 09-cv-00215-PAB-CBS and 09-cv-00296-PAB-CBS)

In re LEVEL 3 COMMUNICATIONS, INC. SECURITIES LITIGATION
_____

**ORDER CONSOLIDATING CASES**
_____

This matter is before the Court on the Notice of Associated Case [Docket No. 23] filed by plaintiff Adam Skaggs and consolidated plaintiff Marilyn A. Ides on April 3, 2009. That notice identifies *Ross v. Level 3 Communications, Inc.*, Civil Action No. 09-cv-00606-JLK, as associated with this case. Because *Ross v. Level 3 Communications, Inc.*, raises questions of law and fact common to the instant consolidated action, I conclude that consolidation with this case is appropriate under Federal Rule of Civil Procedure 42(a). Consistent with the Court's Order Consolidating Cases [Docket No. 12] dated February 24, 2009, and for substantially the same reasons stated therein, the Court consolidates *Ross v. Level 3 Communications, Inc.*, Civil Action No. 09-cv-00606-JLK, with the instant case under the caption "*In re Level 3 Communications, Inc. Securities Litigation*."

Accordingly, it is

**ORDERED** that, pursuant to Fed. R. Civ. P. 42(a) and D.C.COLO.LCivR 42.1, Civil Action No. 09-cv-00606-JLK, shall be consolidated for all purposes with the instant action. It is further

**ORDERED** that, pursuant to D.C.COLO.LCivR 42.1, Civil Action No. 09-cv-00606 shall be assigned to Judge Philip A. Brimmer.  It is further

**ORDERED** that Civil Action No. 09-cv-00606 shall hereafter be referred to the magistrate judge assigned to the lowest numbered case, Magistrate Judge Craig B. Shaffer.  It is further

**ORDERED** that all future pleadings and other papers in these consolidated actions shall be filed in this case only and shall be captioned as shown below:

_____

Civil Action No. 09-cv-00200-PAB-CBS

(Consolidated with Civil Action Nos. 09-cv-00215-PAB-CBS, 09-cv-00296-PAB-CBS, and 09-cv-00606-PAB-CBS)

In re LEVEL 3 COMMUNICATIONS, INC. SECURITIES LITIGATION
_____

It is further

**ORDERED** that the Clerk of Court shall docket a copy of this Order in Civil Action No. 09-cv-00606.

DATED April 7, 2009.

                                                            BY THE COURT:

                                                            s/Philip A. Brimmer_____
                                                            PHILIP A. BRIMMER
                                                            United States District Judge