**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00200-PAB-CBS

(Consolidated with Civil Action Nos. 09-cv-00215-PAB-CBS; 09-cv-00296-PAB-CBS and 09-cv-00606-PAB-CBS)

In re LEVEL 3 COMMUNICATIONS, INC. SECURITIES LITIGATION
_____

**LEAD PLAINTIFF'S NOTICE CONCERNING ANTICIPATED MOTION TO AMEND
THE PENDING CONSOLIDATED CLASS ACTION COMPLAINT**
_____

Notice is hereby given that, pursuant to Rule 15 of the Federal Rules of Civil Procedure, Lead Plaintiff William A. Poppo ("Plaintiff") intends to file a motion seeking leave to amend the pending Consolidated Class Action Complaint for Violations of the Federal Securities Laws and Jury Demand ("Consolidated Complaint") on or before March 1, 2010.

1.  On May 4, 2009, the Court appointed Mr. Poppo as lead plaintiff in this consolidated, putative class action alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated by the Securities and Exchange Commission ("Securities Claims"). *See* Docket No. 54. Thereafter, on May 19, 2009, the Court approved Mr. Poppo's selection of lead and liaison counsel by appointing Coughlin Stoia Geller Rudman & Robbins LLP and Johnson Bottini, LLP as co-lead counsel and Dyer & Berens LLP as liaison counsel. *See* Docket No. 58.

2.  On June 29, 2009, Plaintiff filed his Consolidated Complaint which contains detailed factual allegations regarding his claims, as required by the Private Securities Litigation Reform Act ("PSLRA"). *See* Docket No. 68.

3. In response, on July 29, 2009, Defendants filed a Combined Motion and Brief to Dismiss Plaintiff's Consolidated Complaint ("Motion to Dismiss") together with a Motion Requesting Judicial Notice ("Request for Judicial Notice"). *See* Docket Nos. 74 & 77. Pursuant to the PSLRA, all discovery in this case is stayed pending the resolution of the Motion to Dismiss. *See* 15 U.S.C. §78u-4(b)(3)(B).

4. On August 28, 2009, Plaintiff filed oppositions to Defendants' Motion to Dismiss and Request for Judicial Notice. *See* Docket Nos. 82 & 83. As of September 21, 2009, the parties have completed briefing on Defendants' Motion to Dismiss and Request for Judicial Notice and both motions are pending before this Court. *See* Docket Nos. 86 & 87.

5. Since the time the Consolidated Complaint was filed, however, Plaintiff has continued his investigation of this case and has very recently uncovered new, relevant and material information which further supports the elements of his Securities Claims pursuant to Section 10(b) of the Securities and Exchange Act of 1934.

6. Accordingly, Plaintiff intends to file a motion for leave to amend pursuant to Fed. R. Civ. P. 15 and submit a proposed first amended consolidated class action complaint on or before March 1, 2010. In accordance with the parties' meet and confer obligations, Plaintiff will provide Defendants a copy of the proposed complaint prior to its submission to the Court. Counsel for Defendants have informed Plaintiff's counsel that they anticipate taking a position on the Rule 15 motion after they have received and have had an opportunity to review the proposed complaint.[1]

---

[1] Plaintiff has also shown a copy of this Notice to Defendants' counsel prior to its filing.

DATED:  January 29, 2010

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS

*s / JEFFREY A. BERENS*
JEFFREY A. BERENS

303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone:  303/861-1764
303/395-0393 (fax)
bob@dyerberens.com
jeff@dyerberens.com

Liaison Counsel

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
HENRY ROSEN
TRIG R. SMITH
LAURIE L. LARGENT
JULIE A. KEARNS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR.
ALBERT Y. CHANG
501 W. Broadway, Suite 1720
San Diego, CA  92101
Telephone:  619/230-0063
619/238-0622 (fax)

Co-Lead Counsel for Plaintiffs

Case 1:09-cv-00200-PAB-CBS   Document 90   Filed 01/29/2010   USDC Colorado   Page 3 of 6

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2010, I electronically filed the foregoing **LEAD PLAINTIFF'S NOTICE CONCERNING ANTICIPATED MOTION TO AMEND THE PENDING CONSOLIDATED CLASS ACTION COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Jeffrey A. Berens
*Jeffrey A. Berens*
Attorney for Plaintiffs
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: jeff@dyerberens.com

# Mailing Information for a Case 1:09-cv-00200-PAB-CBS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Allen Berens**
  jeffreyberens@comcast.net,jeff@dyerberens.com

- **Francis A. Bottini , Jr**
  frankb@johnsonbottini.com,paralegal@johnsonbottini.com

- **Albert Y. Chang**
  albertc@johnsonbottini.com,paralegal@johnsonbottini.com

- **Robert J. Dyer , III**
  bob@dyerberens.com

- **Jordan D. Eth**
  jeth@mofo.com,bfaust@mofo.com,nurbina@mofo.com

- **Rusty Evan Glenn**
  rusty@shumanlawfirm.com

- **David P. Hersh**
  dhersh@burgsimpson.com,dnordstrom@burgsimpson.com,agoes@burgsimpson.com

- **Brian Neil Hoffman**
  bhoffman@mofo.com,bfaust@mofo.com

- **Seth Alan Katz**
  skatz@burgsimpson.com,bgeorge@burgsimpson.com

- **Steven M. Kaufmann**
  skaufmann@mofo.com,tsthilaire@mofo.com

- **Julie A. Kearns**
  jkearns@csgrr.com

- **Laurie L. Largent**
  llargent@csgrr.com

- **Lon Angelo Licata**
  lon.licata@level3.com,lonamy@comcast.net

- **Kristin A. Martinez**
  kristin@dyerberens.com

- **Henry Rosen**
  henryr@csgrr.com,dianah@csgrr.com,e_file_sd@csgrr.com

- **Kip Brian Shuman**
  kip@shumanlawfirm.com,rusty@shumanlawfirm.com

- **Trig Randall Smith**
  trigs@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`