**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  09-cv-00200-PAB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   March 23, 2010** | **Courtroom Deputy:**   Linda Kahoe |

*In re Level 3 Communications, Inc. Securities Litigation*

| | |
|---|---|
| ADAM SKAGGS, *et al.,* | Henry Rosen |
| | Jeffrey Allen Berens |
| Plaintiffs, | |
| v. | |
| Level 3 Communications, Inc., | Brian Neil Hoffman |
| | Steven M. Kaufmann |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:        8:28 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding Lead Plaintiff's Motion for Leave to File an Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, doc #[92], filed 3/1/2010.

**ORDERED:**   The Lead Plaintiff's Motion for Leave to File an Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, doc #[92] is **GRANTED**.  The court will accept the Amended Consolidated Class Action Complaint, doc #[92-2].   Lead Plaintiffs are required, by close of business on **MARCH 24, 2010**, to provide the Defendants with a red-line version, indicating in every and all ways in which this most recent amend consolidated class action is different from the current complaint that is being superceded.  Defendants shall file an Opening Brief on or before **APRIL 12, 2010.**  Plaintiffs shall file an Opposition Brief on or before **MAY 3, 2010.**  Reply Brief will be due on or before **MAY 18, 2010.**  The briefing deadlines will not change.

HEARING CONCLUDED.
**Court in recess**:        **8:40 a.m.**
Total time in court:     00:12

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.