IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00200-PAB-CBS

(Consolidated with Civil Action Nos. 09-cv-00215-PAB-CBS, 09-cv-00296-PAB-CBS, and 09-cv-00606-PAB-CBS)

In re LEVEL 3 COMMUNICATIONS, INC. SECURITIES LITIGATION
_____

**MINUTE ORDER**
_____

**Order Entered by Judge Philip A. Brimmer**

By close of business on March 24, 2010, plaintiffs provided a red-line version of the amended complaint to defendants, indicating any and all changes made to the previously-operative complaint [Docket No. 98].  It is

**ORDERED** that on or before **Wednesday, July 14, 2010**, plaintiffs shall file with the Court a copy of the red-line version of the amended complaint.

DATED July 9, 2010.