# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00200-PAB-CBS

(Consolidated with Civil Action Nos. 09-cv-00215-PAB-CBS; 09-cv-00296-PAB-CBS and 09-cv-00606-PAB-CBS)

In re LEVEL 3 COMMUNICATIONS, INC. SECURITIES LITIGATION

_____

## LEAD PLAINTIFF'S SUBMISSION OF
## REDLINE AMENDED COMPLAINT
_____

Pursuant to this Court's July 9, 2010 Minute Order [Docket No. 123], Lead Plaintiff William A. Poppo ("Plaintiff") hereby submits a redline version of the Amended Complaint. *See* Ex. A, attached hereto. A courtesy, full-color hardcopy will be hand delivered to Judge Philip A. Brimmer on July 13, 2010.

Further, notice is hereby given that pursuant to Magistrate Judge Craig B. Shaffer's Minute Order dated March 23, 2010 [Docket No. 98], Plaintiff provided Defendants with a redline version of the Amended Complaint. *See* Ex. A (March 23, 2010 email transmitting redline Amended Complaint).

DATED: July 13, 2010　　　　　　　　　DYER & BERENS LLP
　　　　　　　　　　　　　　　　　　　ROBERT J. DYER III
　　　　　　　　　　　　　　　　　　　JEFFREY A. BERENS


　　　　　　　　　　　　　　　　　　　  *s / JEFFREY A. BERENS*
　　　　　　　　　　　　　　　　　　　JEFFREY A. BERENS

　　　　　　　　　　　　　　　　　　　303 East 17th Avenue, Suite 300
　　　　　　　　　　　　　　　　　　　Denver, CO  80203
　　　　　　　　　　　　　　　　　　　Telephone:  303/861-1764
　　　　　　　　　　　　　　　　　　　303/395-0393 (fax)
　　　　　　　　　　　　　　　　　　　bob@dyerberens.com
　　　　　　　　　　　　　　　　　　　jeff@dyerberens.com

　　　　　　　　　　　　　　　　　　　Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
HENRY ROSEN
TRIG R. SMITH
LAURIE L. LARGENT
JULIE A. KEARNS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

JOHNSON BOTTINI, LLP
FRANCIS A. BOTTINI, JR.
ALBERT Y. CHANG
501 W. Broadway, Suite 1720
San Diego, CA 92101
Telephone: 619/230-0063
619/238-0622 (fax)

Co-Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2010, I electronically filed the foregoing **LEAD PLAINTIFF'S SUBMISSION OF REDLINE AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have caused a courtesy copy of the foregoing document to be hand delivered to the following:

> Judge Philip A. Brimmer
> United States District Court
> District of Colorado
> Alfred A. Arraj U.S. Courthouse
> 901 19th Street, Room A741
> Denver, CO  80294

>> s/ Jeffrey A. Berens
>> *Jeffrey A. Berens*
>> Attorney for Plaintiff
>> DYER & BERENS LLP
>> 303 East 17th Avenue, Suite 300
>> Denver, CO 80203
>> Telephone: (303) 861-1764
>> FAX: (303) 395-0393
>> Email: jeff@dyerberens.com

# Mailing Information for a Case 1:09-cv-00200-PAB -CBS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Allen Berens**
  jeffreyberens@comcast.net,darby@dyerberens.com,jeff@dyerberens.com

- **Francis A. Bottini , Jr**
  frankb@johnsonbottini.com,paralegal@johnsonbottini.com

- **Albert Y. Chang**
  albertc@johnsonbottini.com,paralegal@johnsonbottini.com

- **Robert J. Dyer , III**
  bob@dyerberens.com

- **Jordan D. Eth**
  jeth@mofo.com,bfaust@mofo.com,nurbina@mofo.com

- **Rusty Evan Glenn**
  rusty@shumanlawfirm.com

- **Julie A. Kearns**
  jkearns@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Jeffrey Robert Krinsk**
  jrk@classactionlaw.com,anv@classactionlaw.com

- **Laurie L. Largent**
  llargent@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Lon Angelo Licata**
  lon.licata@level3.com,lonamy@comcast.net

- **Scott Frederick Llewellyn**
  sllewellyn@mofo.com,bfaust@mofo.com

- **Kristin A. Martinez**
  kristin@dyerberens.com

- **Henry Rosen**
  henryr@rgrdlaw.com,stremblay@rgrdlaw.com,dianah@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kip Brian Shuman**
  kip@shumanlawfirm.com,rusty@shumanlawfirm.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,e_file_sd@rgrdlaw.com,asharbutt@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)